1  Daniel P. Lyons, # 95334        (SPACE BELOW FOR FILING STAMP ONLY)
   Carol O'Neil, # 71282
2  McCormick, Barstow, Sheppard,
   Wayte & Carruth LLP
3  P.O. Box 28912
   5 River Park Place East
4  Fresno, CA  93720-1501
   Telephone:   (559) 433-1300
5  Facsimile:   (559) 433-2300

6  Attorneys for Defendant
   WALBRO ENGINE MANAGEMENT LLC
7

8  UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10

11  ALICE HOLMES AND VERNON HOLMES,

12             Plaintiffs,

13

14     v.

15  HOME DEPOT USA, INC.; MTD PRODUCTS, INC.; BRIGGS & STRATTON CORPORATION; WALBRO CORPORATION; AND DOES 1 to 50, Inclusive,

16

17             Defendants.

18

Case No.  1:06-cv-1527 AWI SMS

**STIPULATED PROTECTIVE ORDER AND**

**ORDER**

**[Local Rule 83-143]**

19        This Stipulated Protective Order is entered into by and between Plaintiffs ALICE

20  HOLMES AND VERNON HOLMES and Defendants HOME DEPOT USA, INC.; MTD

21  CONSUMER GROUP, INC.; BRIGGS & STRATTON CORPORATION; and WALBRO

22  ENGINE MANAGEMENT LLC (hereinafter collectively referred to as the "Parties"), and is

23  made in reference to the following facts:

24        A.      The Parties possess trade secret, proprietary, or other confidential information that

25  they desire to keep confidential, which has been or may be obtained through discovery in this

26  case.

27        B.      The Parties desire to stipulate to a protective order sanctioned by the Court to

28  protect such trade secret, proprietary information, or other confidential information from

PDF created with pdfFactory trial version www.pdffactory.com

1  unnecessary disclosure to non-parties in that said information, if made public, could put a party at

2  an economic disadvantage in the marketplace.

3      ACCORDINGLY, the Parties hereto, by and through their respective attorneys of record,

4  STIPULATE AND AGREE to the following protective order:

5      1.    Scope of the Order.  This Stipulated Protective Order covers all documents

6  and information designated "Confidential" produced in connection with any discovery taken in

7  this case.    This Stipulated Protective Order is intended to cover all discovery propounded and

8  answered by any party at any time and depositions wherein "Confidential" information is used or

9  discussed.

10      2.    Designation of Confidential Information.    The Parties shall each be

11  responsible for designating documents and things containing trade secret, proprietary information,

12  or other confidential information as "Confidential" by stamping or otherwise clearly identifying

13  the same as "Confidential" before production.  Any information stamped or otherwise designated

14  "Confidential" by any Party shall hereinafter be referred to as "Confidential Information."  If any

15  party disagrees with the "Confidential" designation of any document, the party so disagreeing

16  shall, no later than 30 days after the date upon which the "Confidential" document was produced,

17  notify by written notice, served on all parties in the case, that the party disagrees with the

18  designation of the document as "Confidential," and shall in the notice both identify the document

19  at issue and state the reasons why the challenging party disagrees with the designation of the

20  document as "Confidential."  If the parties are unable to resolve any "Confidential" document

21  designation dispute informally, the dispute may be presented by motion to the Court by the party

22  challenging the designation of the document as "Confidential."  Before the Court, the party who

23  has designated the document as "Confidential" shall have the burden of proving that such

24  document contains Confidential Information.  The prevailing party on a motion to the Court that

25  challenges the designation of a documents as "Confidential" shall be entitled to recover its costs

26  and reasonable attorney fees associated with bringing or opposing the motion before the Court.

27      3.    Recipients of Confidential Information.    Confidential Information may

28  only be disclosed to the following persons:

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

STIPULATION REGARDING PROTECTIVE ORDER  & (PROPOSED) ORDER 1:06-CV-1527 AWI SMS

PDF created with pdfFactory trial version www.pdffactory.com

1    (a) The Court;

2    (b) The attorneys of record for the Parties;

3    (c) The staff of the attorneys of record for the Parties, including

4 secretaries, paralegals, law clerks, and similar persons working under the supervision of the

5 attorneys of record;

6    (d) Independent experts or consultants, not regularly employed or

7 associated with any attorney, retained by any attorneys of record to render technical or expert

8 advice or to give opinion testimony in this action (hereinafter "Independent Experts"); and

9    (e) The Parties.

10   4. Except as provided herein, Confidential Information shall not be disclosed

11 to any non-party.

12   5. <u>Conditions to be Met Prior to Disclosure</u>. Before any Confidential

13 Information is disclosed to any person described in Paragraph 3(d), above, the attorney(s) for the

14 party attempting disclosure shall fully explain the terms of this Order, shall advise the non-party

15 expert or consultant that the Confidential Information is subject to this Order and may not be

16 disclosed to any other person, shall have such person read the Order, and shall ascertain to the

17 best of their ability that such person fully understands its terms and agrees to be bound by this

18 Order.

19   7. <u>Written Undertaking</u>. Before Confidential Information is disclosed to any

20 person described in paragraph 3(d) above, the attorney(s) for the disclosing party shall have each

21 person execute a written undertaking in the form of Exhibit "A" hereto.

22   8. <u>Filing with the Court</u>. All Confidential Information filed with the Court, or

23 any pleading or memorandum that includes or purports to reproduce or paraphrase any

24 Confidential Information, shall be filed only in sealed envelopes or other appropriate sealed

25 containers on which shall be endorsed the title of this action, an indication of the nature of its

26 contents, the word "CONFIDENTIAL," and a statement substantially in the following form:

27   "CONFIDENTIAL.  Filed pursuant to Stipulated Protective Order.  Not to be opened or

28 the contents thereof displayed or revealed, except by Order of the Court or pursuant to written

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA  93720-1501

3

PDF created with pdfFactory trial version www.pdffactory.com

1   stipulation of the Parties to this action." This envelope shall not be opened without Order of the

2   Court, except by officers of the Court and counsel of record, who, after reviewing the contents,

3   shall return them to the Clerk in a sealed envelope or container.

4           9.      Use of Confidential Information.   Confidential Information disclosed

5   pursuant to this Stipulated Protective Order shall not be used other than for the purposes of this

6   action. "Confidential" documents disclosed pursuant to this Stipulated Protective Order may be

7   used in connection with any trial of this case.   The use of any document designated

8   "Confidential," under the terms of this Stipulated Protective Order, at trial will be subject to the

9   terms and conditions of this Stipulated Protective Order, including, but not limited to, paragraph

10  12 below.

11          10.     Depositions.  Attorneys of record may designate deposition testimony and

12  exhibits thereto as Confidential Information.   The transcript of any deposition designated

13  Confidential and the exhibits thereto shall be marked in accordance with paragraph 2 above. The

14  deposition transcript, copies thereof, and the substance or contents of the oral testimony and

15  exhibits shall in all respects be treated by all attorneys as Confidential Information, and shall not

16  be disclosed or filed with the Court except in accordance with the terms of this Order.

17          11.     Return of Confidential Information and Delivery of Undertakings.  Within

18  sixty (60) days of the conclusion of this action, all Confidential Information, including all copies,

19  notes, renderings, compilations, recordings, lists, microfilms, photographs, videos, or other

20  references thereof or thereto, shall be returned to the counsel of record for the party who produced

21  it or, alternatively, destroyed.

22          12.     True and Authentic Copy.  All documents produced by any party that are

23  designated "Confidential" and as to which no unresolved dispute exists as to whether or not the

24  document is property designated "Confidential" under the terms of this Stipulated Protective

25  Order, are deemed to be true and correct, authentic copies of the original document and shall be

26  considered for admission into evidence without further authentication or predicate as records of

27  regularly conducted business activity under Federal Rule of Evidence 803(6), unless the party

28  who has designated the document as "Confidential" establishes that the document is not a record

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA  93720-1501

4

STIPULATION REGARDING PROTECTIVE ORDER  & (PROPOSED) ORDER 1:06-CV-1527 AWI SMS

PDF created with pdfFactory trial version www.pdffactory.com

1 | of its regularly conducted business or that the document cannot be authenticated under Federal

2 | Rule of Evidence 902(11).  All other objections as to the admissibility of any "Confidential"

3 | document as evidence at any trial of this case are preserved and may be asserted by any party.

4 |       13.    All the terms of this Stipulated Protective Order as to the designation of

5 | "Confidential" documents for the purposes of this case shall be binding upon and inure to the

6 | benefit of the parties hereto and to their successors and assigns.

7 |       The parties, by the undersigned counsel for each party, agree that this STIPULATED

8 | PROTECTIVE ORDER AND (PROPOSED) ORDER may be signed by counsel pursuant to

9 | Local Court Rule 7-131(e), and that all counsel listed below have authorized the submission of

10 | this STIPULATED PROTECTIVE ORDER AND (PROPOSED) ORDER to this Court.

11 |       **IT IS SO STIPULATED:**

12 | ///

13 | ///

14 | ///

15 | ///

16 | ///

17 | ///

18 | ///

19 | ///

20 | ///

21 | ///

22 | ///

23 | ///

24 | ///

25 | ///

26 | ///

27 | ///

28 | ///

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA  93720-1501

5

STIPULATION REGARDING PROTECTIVE ORDER  & (PROPOSED) ORDER 1:06-CV-1527 AWI SMS

PDF created with pdfFactory trial version www.pdffactory.com

1    Dated:  July 23, 2007                          McCORMICK, BARSTOW, SHEPPARD,
                                                        WAYTE & CARRUTH LLP
2

3
                                                  By: _/s/ Daniel P. Lyons_____
4                                                        Daniel P. Lyons
                                                    Attorneys for Defendant
5                                                 WALBRO ENGINE MANAGEMENT
                                                  LLC (erroneously sued herein as Walbro
6                                                         Corporation)

7

8    Dated:  July 23, 2007                             OREN & PABOOJIAN

9

10                                                By:  /s/ Warren Paboojian (as authorized on
                                                  July 23, 2007)
11                                                      Warren R. Paboojian
                                                    Attorneys for Plaintiffs
12                                                 ALICE HOLMES and VERNON
                                                        HOLMES
13

14

15   Dated:  July 23, 2007                        PORTER, SCOTT, WEIBERG &
                                                        DELEHANT
16

17                                                By:  /s/ Anthony S. Warburg (as authorized on
                                                  July 23, 2007)
18                                                      Anthony S. Warburg
                                                    Attorneys for Defendants
19                                                 HOME DEPOT and MTD PRODUCTS,
                                                        INC.
20

21

22   Dated:  July 23, 2007                        DRYDEN, MARGOLES, SCHIMANECK &
                                                        WERTZ
23

24                                                By:  /s/ Lawrence A. Margoles (as authorized
                                                  on July 23, 2007)
25                                                      Lawrence A. Margoles
                                                    Attorneys for Defendants
26                                                 BRIGGS & STRATTON CORPORATION

27

28

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA  93720-1501

6

STIPULATION REGARDING PROTECTIVE ORDER  & (PROPOSED) ORDER 1:06-CV-1527 AWI SMS

PDF created with pdfFactory trial version www.pdffactory.com

# EXHIBIT "A"

## PROMISE OF CONFIDENTIALITY

I, _____, declare as follows:

1.      My address is _____,
and my present occupation is _____.

2.      I have received a copy of the **STIPULATED PROTECTIVE ORDER**
regarding confidential information in the action entitled *Holmes v. Home Depot* filed in the
United States District Court for the Eastern District of California, Fresno Division as Case
No. 1:06-cv-1527 AWI SMS.

3.      I will comply with all of the provisions of the **STIPULATED PROTECTIVE
ORDER**.  I will hold in confidence, will not disclose to anyone other than those persons
specifically authorized by the **STIPULATED PROTECTIVE ORDER**, and will not copy or
use except for purposes of the litigation, any information designated **"Confidential."**

4.      I will return any materials received under this **STIPULATED PROTECTIVE
ORDER** at the conclusion of the instant case, to the party or its counsel who originally
disclosed such material.

5.      I hereby stipulate to the jurisdiction of the United States District Court for the
Eastern District of California, Fresno Division, with regard to any proceeding to enforce the
terms of the **STIPULATED PROTECTIVE ORDER** against me, whether by way of
contempt of Court, by a civil action for injunction and monetary damages, or otherwise.

I declare under penalty of perjury under the laws of the State of California that the
forgoing is true and correct and that this **PROMISE OF CONFIDENTIALITY** was
executed on the _____ day of _____ in _____.

_____

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA. 93720-1501

STIPULATION REGARDING PROTECTIVE ORDER  & (PROPOSED) ORDER 1:06-CV-1527 AWI SMS

PDF created with pdfFactory trial version www.pdffactory.com

1                                     **(PROPOSED) ORDER**

2       GOOD   CAUSE   HAVING   BEEN   SHOWN   AND   THE   PARTIES   HAVING

3 STIPULATED   TO   THE   SAME,   the   Court   finds   that   the   above-stated   **STIPULATED**

4 **PROTECTIVE ORDER** is sanctioned by the Court. and shall be and now is the Order of the

5 Court.  All Parties in this action shall abide by the terms of this **STIPULATED PROTECTIVE**

6 **ORDER** as to the disclosure of any all documents and information designated "Confidential" that

7 are produced in connection with any discovery undertaken in this case.

8       **IT IS SO ORDERED:**

9 Dated:   7/25/2007

10

11                                     /s/ Sandra M. Snyder

12                               **SANDRA M. SNYDER,**
                                **U.S. MAGISTRATE JUDGE**

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA. 93720-1501

8

STIPULATION REGARDING PROTECTIVE ORDER  & (PROPOSED) ORDER 1:06-CV-1527 AWI SMS

PDF created with pdfFactory trial version www.pdffactory.com

1

**Case Name:**        **HOLMES v. HOME DEPOT USA, INC., et al.**
**Case No.:**           **2:06-CV-2008 Eastern District Court**

2

_____

3

### DECLARATION OF SERVICE

4

      I am a citizen of the United States and employed in Fresno County, California; I am over

5

the age of 18 years and not a party to the within action; my business address is 5 River Park Place East, Fresno, CA 93720. I am familiar with my law firm's practice whereby the mail, after being placed in a designated area, is given the appropriate postage and is deposited in a U.S. mailbox in

6

the City of Fresno, California. On the date below I served the attached: **STIPULATED PROTECTIVE ORDER AND (PROPOSED) ORDER**

7

⸛      **BY MAIL:** by placing the document(s) listed above in a sealed envelope with

8

postage thereon fully prepaid, in the United States mail at Fresno, California addressed as set forth below.

9

10

⸛      **BY OVERNIGHT MAIL:** by causing document(s) to be picked up by an overnight delivery service company for delivery to the addressee(s) on the next

11

business day.

12

ý      **BY ELECTRONIC SUBMISSION:** per court order, submitted electronically by

13

Verilaw to be posted to the website and notice given to all parties that the document has been served.

14

15

addressed as follows:

16

Warren R. Paboojian                   Anthony S. Warburg
Oren & Paboojian                       Porter, Scott, Weiberg & Delehant

17

225 West Shaw Avenue, Suite 105      350 University Avenue, Suite 200
Fresno, CA 93704                       Sacramento, CA 95825

18

19

Lawrence A. Margoles
Dryden Margoles, et al.

20

101 California Street, Suite 2050
San Francisco, CA 94111

21

22

      I declare under penalty of perjury under the laws of the State of California that the

23

above is true and correct.

      Executed on July 24, 2007, at Fresno, California.

24

_____

25

                     /s/ Jennifer DeBoer
                       Jennifer DeBoer

26

27

28

1107235.v1

PDF created with pdfFactory trial version www.pdffactory.com

1  Daniel P. Lyons, # 95334                    (SPACE BELOW FOR FILING STAMP ONLY)
   Carol O'Neil, # 71282
2  McCormick, Barstow, Sheppard,
   Wayte & Carruth LLP
3  P.O. Box 28912
   5 River Park Place East
4  Fresno, CA  93720-1501
   Telephone:     (559) 433-1300
5  Facsimile:     (559) 433-2300

6  Attorneys for Defendant
   WALBRO ENGINE MANAGEMENT LLC

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 ALICE HOLMES AND VERNON          Case No.  1:06-cv-1527 AWI SMS
   HOLMES,
12                                   **STIPULATED PROTECTIVE ORDER
            Plaintiffs,              AND**
13
       v.
14
   HOME DEPOT USA, INC.; MTD        **ORDER**
15 PRODUCTS, INC.; BRIGGS &
   STRATTON CORPORATION; WALBRO     **[Local Rule 83-143]**
16 CORPORATION; AND DOES 1 to 50,
   Inclusive,
17
            Defendants.
18

19          This Stipulated Protective Order is entered into by and between Plaintiffs ALICE

20 HOLMES AND VERNON HOLMES and Defendants HOME DEPOT USA, INC.; MTD

21 CONSUMER GROUP, INC.; BRIGGS & STRATTON CORPORATION; and WALBRO

22 ENGINE MANAGEMENT LLC (hereinafter collectively referred to as the "Parties"), and is

23 made in reference to the following facts:

24          A.     The Parties possess trade secret, proprietary, or other confidential information that

25 they desire to keep confidential, which has been or may be obtained through discovery in this

26 case.

27          B.     The Parties desire to stipulate to a protective order sanctioned by the Court to

28 protect such trade secret, proprietary information, or other confidential information from

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA  93720-1501

STIPULATION REGARDING PROTECTIVE ORDER  & (PROPOSED) ORDER 1:06-CV-1527 AWI SMS

PDF created with pdfFactory trial version www.pdffactory.com

1    unnecessary disclosure to non-parties in that said information, if made public, could put a party at

2    an economic disadvantage in the marketplace.

3          ACCORDINGLY, the Parties hereto, by and through their respective attorneys of record,

4    STIPULATE AND AGREE to the following protective order:

5          1.    Scope of the Order.  This Stipulated Protective Order covers all documents

6    and information designated "Confidential" produced in connection with any discovery taken in

7    this case.   This Stipulated Protective Order is intended to cover all discovery propounded and

8    answered by any party at any time and depositions wherein "Confidential" information is used or

9    discussed.

10         2.    Designation of Confidential Information.   The Parties shall each be

11   responsible for designating documents and things containing trade secret, proprietary information,

12   or other confidential information as "Confidential" by stamping or otherwise clearly identifying

13   the same as "Confidential" before production.  Any information stamped or otherwise designated

14   "Confidential" by any Party shall hereinafter be referred to as "Confidential Information."  If any

15   party disagrees with the "Confidential" designation of any document, the party so disagreeing

16   shall, no later than 30 days after the date upon which the "Confidential" document was produced,

17   notify by written notice, served on all parties in the case, that the party disagrees with the

18   designation of the document as "Confidential," and shall in the notice both identify the document

19   at issue and state the reasons why the challenging party disagrees with the designation of the

20   document as "Confidential."  If the parties are unable to resolve any "Confidential" document

21   designation dispute informally, the dispute may be presented by motion to the Court by the party

22   challenging the designation of the document as "Confidential."  Before the Court, the party who

23   has designated the document as "Confidential" shall have the burden of proving that such

24   document contains Confidential Information.  The prevailing party on a motion to the Court that

25   challenges the designation of a documents as "Confidential" shall be entitled to recover its costs

26   and reasonable attorney fees associated with bringing or opposing the motion before the Court.

27         3.    Recipients of Confidential Information.   Confidential Information may

28   only be disclosed to the following persons:

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA  93720-1501

2

STIPULATION REGARDING PROTECTIVE ORDER  & (PROPOSED) ORDER 1:06-CV-1527 AWI SMS

PDF created with pdfFactory trial version www.pdffactory.com

1       (a)     The Court;

2       (b)     The attorneys of record for the Parties;

3       (c)     The staff of the attorneys of record for the Parties, including

4  secretaries, paralegals, law clerks, and similar persons working under the supervision of the

5  attorneys of record;

6       (d)     Independent experts or consultants, not regularly employed or

7  associated with any attorney, retained by any attorneys of record to render technical or expert

8  advice or to give opinion testimony in this action (hereinafter "Independent Experts"); and

9       (e)     The Parties.

10       4.     Except as provided herein, Confidential Information shall not be disclosed

11  to any non-party.

12       5.     <u>Conditions to be Met Prior to Disclosure</u>.  Before any Confidential

13  Information is disclosed to any person described in Paragraph 3(d), above, the attorney(s) for the

14  party attempting disclosure shall fully explain the terms of this Order, shall advise the non-party

15  expert or consultant that the Confidential Information is subject to this Order and may not be

16  disclosed to any other person, shall have such person read the Order, and shall ascertain to the

17  best of their ability that such person fully understands its terms and agrees to be bound by this

18  Order.

19       7.     <u>Written Undertaking</u>.  Before Confidential Information is disclosed to any

20  person described in paragraph 3(d) above, the attorney(s) for the disclosing party shall have each

21  person execute a written undertaking in the form of Exhibit "A" hereto.

22       8.     <u>Filing with the Court</u>.  All Confidential Information filed with the Court, or

23  any pleading or memorandum that includes or purports to reproduce or paraphrase any

24  Confidential Information, shall be filed only in sealed envelopes or other appropriate sealed

25  containers on which shall be endorsed the title of this action, an indication of the nature of its

26  contents, the word "CONFIDENTIAL," and a statement substantially in the following form:

27       "CONFIDENTIAL.  Filed pursuant to Stipulated Protective Order.  Not to be opened or

28  the contents thereof displayed or revealed, except by Order of the Court or pursuant to written

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA  93720-1501

3

STIPULATION REGARDING PROTECTIVE ORDER  & (PROPOSED) ORDER 1:06-CV-1527 AWI SMS

PDF created with pdfFactory trial version www.pdffactory.com

1    stipulation of the Parties to this action."  This envelope shall not be opened without Order of the

2    Court, except by officers of the Court and counsel of record, who, after reviewing the contents,

3    shall return them to the Clerk in a sealed envelope or container.

4           9.    Use of Confidential Information.   Confidential Information disclosed

5    pursuant to this Stipulated Protective Order shall not be used other than for the purposes of this

6    action.  "Confidential" documents disclosed pursuant to this Stipulated Protective Order may be

7    used in connection with any trial of this case.   The use of any document designated

8    "Confidential," under the terms of this Stipulated Protective Order, at trial will be subject to the

9    terms and conditions of this Stipulated Protective Order, including, but not limited to, paragraph

10   12 below.

11          10.    Depositions.  Attorneys of record may designate deposition testimony and

12   exhibits thereto as Confidential Information.   The transcript of any deposition designated

13   Confidential and the exhibits thereto shall be marked in accordance with paragraph 2 above.  The

14   deposition transcript, copies thereof, and the substance or contents of the oral testimony and

15   exhibits shall in all respects be treated by all attorneys as Confidential Information, and shall not

16   be disclosed or filed with the Court except in accordance with the terms of this Order.

17          11.    Return of Confidential Information and Delivery of Undertakings.  Within

18   sixty (60) days of the conclusion of this action, all Confidential Information, including all copies,

19   notes, renderings, compilations, recordings, lists, microfilms, photographs, videos, or other

20   references thereof or thereto, shall be returned to the counsel of record for the party who produced

21   it or, alternatively, destroyed.

22          12.    True and Authentic Copy.  All documents produced by any party that are

23   designated "Confidential" and as to which no unresolved dispute exists as to whether or not the

24   document is property designated "Confidential" under the terms of this Stipulated Protective

25   Order, are deemed to be true and correct, authentic copies of the original document and shall be

26   considered for admission into evidence without further authentication or predicate as records of

27   regularly conducted business activity under Federal Rule of Evidence 803(6), unless the party

28   who has designated the document as "Confidential" establishes that the document is not a record

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA  93720-1501

4

STIPULATION REGARDING PROTECTIVE ORDER  & (PROPOSED) ORDER 1:06-CV-1527 AWI SMS

PDF created with pdfFactory trial version www.pdffactory.com

1    of its regularly conducted business or that the document cannot be authenticated under Federal

2    Rule of Evidence 902(11).   All other objections as to the admissibility of any "Confidential"

3    document as evidence at any trial of this case are preserved and may be asserted by any party.

4         13.    All the terms of this Stipulated Protective Order as to the designation of

5    "Confidential" documents for the purposes of this case shall be binding upon and inure to the

6    benefit of the parties hereto and to their successors and assigns.

7         The parties, by the undersigned counsel for each party, agree that this STIPULATED

8    PROTECTIVE ORDER AND (PROPOSED) ORDER may be signed by counsel pursuant to

9    Local Court Rule 7-131(e), and that all counsel listed below have authorized the submission of

10   this STIPULATED PROTECTIVE ORDER AND (PROPOSED) ORDER to this Court.

11        **IT IS SO STIPULATED:**

12   ///

13   ///

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA. 93720-1501

5

STIPULATION REGARDING PROTECTIVE ORDER  & (PROPOSED) ORDER 1:06-CV-1527 AWI SMS

PDF created with pdfFactory trial version www.pdffactory.com

1   Dated:  July 23, 2007                          McCORMICK, BARSTOW, SHEPPARD,
                                                   WAYTE & CARRUTH LLP
2

3
                                                   By: _/s/ Daniel P. Lyons_____
4                                                       Daniel P. Lyons
                                                        Attorneys for Defendant
5                                                  WALBRO ENGINE MANAGEMENT
                                                   LLC (erroneously sued herein as Walbro
6                                                           Corporation)

7

8   Dated:  July 23, 2007                              OREN & PABOOJIAN

9

10                                                 By:  /s/ Warren Paboojian (as authorized on
                                                   July 23, 2007)_____
11                                                      Warren R. Paboojian
                                                        Attorneys for Plaintiffs
12                                                 ALICE HOLMES and VERNON
                                                           HOLMES
13

14

15  Dated:  July 23, 2007                          PORTER, SCOTT, WEIBERG &
                                                           DELEHANT
16

17                                                 By:  /s/ Anthony S. Warburg (as authorized on
                                                   July 23, 2007)_____
18                                                      Anthony S. Warburg
                                                        Attorneys for Defendants
19                                                 HOME DEPOT and MTD PRODUCTS,
                                                           INC.
20

21

22  Dated:  July 23, 2007                          DRYDEN, MARGOLES, SCHIMANECK &
                                                           WERTZ
23

24                                                 By:  /s/ Lawrence A. Margoles (as authorized
                                                   on July 23, 2007)_____
25                                                      Lawrence A. Margoles
                                                        Attorneys for Defendants
26                                                 BRIGGS & STRATTON CORPORATION

27

28

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA  93720-1501

6

STIPULATION REGARDING PROTECTIVE ORDER  & (PROPOSED) ORDER 1:06-CV-1527 AWI SMS

PDF created with pdfFactory trial version www.pdffactory.com

# EXHIBIT "A"

## PROMISE OF CONFIDENTIALITY

I, _____, declare as follows:

1.      My address is _____, and my present occupation is _____.

2.      I have received a copy of the **STIPULATED PROTECTIVE ORDER** regarding confidential information in the action entitled *Holmes v. Home Depot* filed in the United States District Court for the Eastern District of California, Fresno Division as Case No. 1:06-cv-1527 AWI SMS.

3.      I will comply with all of the provisions of the **STIPULATED PROTECTIVE ORDER**.  I will hold in confidence, will not disclose to anyone other than those persons specifically authorized by the **STIPULATED PROTECTIVE ORDER**, and will not copy or use except for purposes of the litigation, any information designated **"Confidential."**

4.      I will return any materials received under this **STIPULATED PROTECTIVE ORDER** at the conclusion of the instant case, to the party or its counsel who originally disclosed such material.

5.      I hereby stipulate to the jurisdiction of the United States District Court for the Eastern District of California, Fresno Division, with regard to any proceeding to enforce the terms of the **STIPULATED PROTECTIVE ORDER** against me, whether by way of contempt of Court, by a civil action for injunction and monetary damages, or otherwise.

I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct and that this **PROMISE OF CONFIDENTIALITY** was executed on the _____ day of _____ in _____.

_____

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

7

PDF created with pdfFactory trial version www.pdffactory.com

1

## <u>ORDER</u>

2          GOOD   CAUSE   HAVING   BEEN   SHOWN   AND   THE   PARTIES   HAVING

3   STIPULATED   TO   THE   SAME,   the   Court   finds   that   the   above-stated   **STIPULATED**

4   **PROTECTIVE ORDER** is sanctioned by the Court. and shall be and now is the Order of the

5   Court.  All Parties in this action shall abide by the terms of this **STIPULATED PROTECTIVE**

6   **ORDER** as to the disclosure of any all documents and information designated "Confidential" that

7   are produced in connection with any discovery undertaken in this case.

8          **IT IS SO ORDERED:**

9   Dated:   7/25/2007

10

11                                                   /s/ Sandra M. Snyder
                                             **SANDRA M. SNYDER,**
12                                              **U.S. MAGISTRATE JUDGE**

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA  93720-1501

8

STIPULATION REGARDING PROTECTIVE ORDER  & (PROPOSED) ORDER 1:06-CV-1527 AWI SMS

PDF created with pdfFactory trial version www.pdffactory.com

1

**Case Name:**      **HOLMES v. HOME DEPOT USA, INC., et al.**

2

**Case No.:**      **2:06-CV-2008 Eastern District Court**

_____

3

### DECLARATION OF SERVICE

4

   I am a citizen of the United States and employed in Fresno County, California; I am over the age of 18 years and not a party to the within action; my business address is 5 River Park Place East, Fresno, CA 93720.  I am familiar with my law firm's practice whereby the mail, after being placed in a designated area, is given the appropriate postage and is deposited in a U.S. mailbox in the City of Fresno, California.  On the date below I served the attached:  **STIPULATED PROTECTIVE ORDER AND (PROPOSED) ORDER**

5

6

7

˙˙      **BY MAIL:**  by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Fresno, California addressed as set forth below.

8

9

˙˙      **BY OVERNIGHT MAIL:**   by causing document(s) to be picked up by an overnight delivery service company for delivery to the addressee(s) on the next business day.

10

11

ý      **BY ELECTRONIC SUBMISSION:**  per court order, submitted electronically by Verilaw to be posted to the website and notice given to all parties that the document has been served.

12

13

14

   addressed as follows:

15

16

Warren R. Paboojian                          Anthony S. Warburg
Oren & Paboojian                             Porter, Scott, Weiberg & Delehant
225 West Shaw Avenue, Suite 105              350 University Avenue, Suite 200
Fresno, CA  93704                            Sacramento, CA  95825

17

18

Lawrence A. Margoles

19

Dryden Margoles, et al.
101 California Street, Suite 2050

20

San Francisco, CA  94111

21

22

   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

23

   Executed on  July 24, 2007, at Fresno, California.

24

_____

25

                          /s/ Jennifer DeBoer
                          Jennifer DeBoer

26

27

28

1107235.v1

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

STIPULATION REGARDING PROTECTIVE ORDER  & (PROPOSED) ORDER 1:06-CV-1527 AWI SMS

PDF created with pdfFactory trial version www.pdffactory.com