```
 1  Warren R. Paboojian, No. 128462
    OREN & PABOOJIAN
 2  225 W. Shaw Ave. Suite 105
    Fresno, California 93704
 3  Telephone:  (559) 224-2299
    Facsimile: (559) 224-2228
 4
    Attorneys for Plaintiffs ALICE HOLMES AND VERNON HOLMES
 5
 6
 7
 8              UNITED STATES DISTRICT COURT
 9         IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  ALICE HOLMES AND VERNON HOLMES,  )  Case No. 1:06-CV-01527-SMS
                                     )
12          Plaintiffs,               )  STIPULATION TO CONTINUE TRIAL
         vs.                         )  DATE;
13                                   )
    HOME DEPOT USA, INC.; MTD        )  ORDER   (Note: new dates)
14  PRODUCTS, INC.; BRIGGS & STRATTON)
    CORPORATION; WALBRO              )
15  CORPORATION and DOES 1 through 50,)
    inclusive,                       )
16                                   )
            Defendants.              )
17  _____)
```

18      IT IS HEREBY STIPULATED by and between the parties hereto, through their respective

19  attorneys of record, as follows:

20      In view of the current state of the pleadings and discovery of this matter and also to allow the

21  parties an opportunity to explore resolution of the case through alternative dispute resolution channels,

22  the parties stipulate as follows:

23      1.   That the present trial date of January 14, 2008, be vacated and the court rest the matter

24  for May 19, 2008, or on a date subsequent based upon the convenience of the court OR that the court

25  set this matter for a trial setting conference.

26      2.   That the Mandatory Settlement Conference presently set for July 23, 2007, be vacated

27  to be reset at a later date by the court.

28

3. That the time for designation of expert witnesses shall be governed by the new trial date.

4. Non-expert discovery time cut-offs shall be governed by the new trial date.

5. Law and motion time cut-offs shall be governed by the new trial date.

The stipulation may be signed by the attorneys in counterpart, and by original, photocopy or facsimile signatures.

Dated: 07/16/07                                    OREN & PABOOJIAN

                                                   By   /S/ Warren R. Paboojian
                                                   Warren R. Paboojian, Attorney for Plaintiffs
                                                   ALICE HOLMES AND VERNON HOLMES

Dated: 07/06/07                                    PORTER SCOTT

                                                   By   /S/ Anthony S. Warburg
                                                   Anthony S. Warburg, Attorney for Defendants
                                                   MTD CONSUMER GROUP, INC.; HOME
                                                   DEPOT USA, INC.

Dated: 07/03/07                                    DRYDEN, MARGOLES, SCHIMANECK & WETZ

                                                   By   /S/ Lawrence A. Margoles
                                                   Lawrence A. Margoles, Attorney for Defendant
                                                   BRIGGS & STRATTON CORPORATION

Dated: 07/16/07                                    McCORMICK BARSTOW, SHEPPARD, WAYTE & CARRUTH

                                                   By   /S/ Daniel P. Lyons
                                                   Daniel P. Lyons, Attorney for Defendant
                                                   WALBRO CORPORATION

3. That the time for designation of expert witnesses shall be governed by the new trial date.

4. Non-expert discovery time cut-offs shall be governed by the new trial date.

5. Law and motion time cut-offs shall be governed by the new trial date.

The stipulation may be signed by the attorneys in counterpart, and by original, photocopy or facsimile signatures.

Dated: 07/16/07                                    OREN & PABOOJIAN

                                                   By   /S/ Warren R. Paboojian
                                                   Warren R. Paboojian, Attorney for Plaintiffs
                                                   ALICE HOLMES AND VERNON HOLMES

Dated: 07/06/07                                    PORTER SCOTT

                                                   By   /S/ Anthony S. Warburg
                                                   Anthony S. Warburg, Attorney for Defendants
                                                   MTD CONSUMER GROUP, INC.; HOME
                                                   DEPOT USA, INC.

Dated: 07/03/07                                    DRYDEN, MARGOLES, SCHIMANECK & WETZ

                                                   By   /S/ Lawrence A. Margoles
                                                   Lawrence A. Margoles, Attorney for Defendant
                                                   BRIGGS & STRATTON CORPORATION

Dated: 07/16/07                                    McCORMICK BARSTOW, SHEPPARD, WAYTE & CARRUTH

                                                   By   /S/ Daniel P. Lyons
                                                   Daniel P. Lyons, Attorney for Defendant
                                                   WALBRO CORPORATION

# ORDER CONTINUING TRIAL DATE

On the stipulation and agreement of the parties through their attorneys of record and good cause appearing therefore,

IT IS ORDERED that:

1. That the present Jury Trial date of January 14, 2008, be vacated and be reset for May 19, 2008 at 9:00a.m. before Judge Snyder.

2. Pretrial Conference hearing is continued from November 29, 2007 to MARCH 27, 2008 at 11:00am before Judge Snyder.

3. That the Settlement Conference presently set for July 23, 2007 be vacated to be reset by the court.   New SETTLEMENT CONFERENCE Hearing date is Tuesday, February 12, 2008 at 10:00am before Judge Beck.

4. That the time for all expert and non-expert discovery shall be governed y the new trial date.

IT IS SO ORDERED.

**Dated:   July 24, 2007**                        /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE