1  Warren R. Paboojian, No. 128462
   OREN & PABOOJIAN
2  225 W. Shaw Ave. Suite 105
   Fresno, California 93704
3  Telephone: (559) 224-2299
   Facsimile: (559) 224-2228
4
   Attorneys for Plaintiffs ALICE HOLMES AND VERNON HOLMES
5

6

7

8                    UNITED STATES DISTRICT COURT

9             IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| ALICE HOLMES AND VERNON HOLMES, | Case No. 1:06-CV-01527-SMS |
| Plaintiff,<br>vs. | **STIPULATION AND SCHEDULING ORDER** |
| HOME DEPOT USA, INC.; MTD PRODUCTS, INC.; BRIGGS & STRATTON CORPORATION; WALBRO CORPORATION and DOES 1 through 50, inclusive, | Plaintiffs' Expert Disclosure Deadline:<br>12/10/07 |
| | Defendants' Expert Disclosure Deadline:<br>12/26/07 |
| Defendants. | Rebuttal Expert Disclosure Deadline:<br>01/09/08 |
| | Discovery Deadline:<br>02/13/08 |
| | Non-Dispositive Motion Filing Deadline:<br>02/13/08 |
| | Dispositive Motion Filing Deadline:<br>02/27/08 |
| | Settlement Conference Date:<br>02/12/08, 10:00 a.m., Crtrm. 9/DLB |
| | Pre-Trial Conference Date:<br>03/27/08, 11:00 a.m., Crtrm. 7/SMS |
| | Trial Date: 05/19/08, 9:00 a.m.<br>Crtrm 2/SMS (JT 5 - 7 weeks) |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, as follows:

On July 24, 2007, United States Magistrate Judge Sandra M. Snyder signed the Order Continuing Trial Date in this matter. The trial date was continued to May 19, 2008. The parties stipulated that the time for all expert and non-expert discovery shall be governed by the new trial date.

As such, the parties stipulate as follows:

1. Plaintiffs' deadline for disclosure of expert witnesses shall be December 10, 2007;

2. Defendants' deadline for disclosure of expert witnesses shall be December 26, 2007;

3. The deadline for parties to disclose rebuttal expert witnesses shall be January 9, 2008

4. All non-dispositive pre-trial motions, including any discovery motions, shall be filed on or before February 13, 2008;

5. All dispositive pre-trial motions shall be filed on or before February 27, 2008;

6. All other dates and deadlines, including but not limited to those pertaining to the filing of pre-trial and settlement conference statements and pre-trial disclosures, will be in accordance with the original Scheduling Conference Order on file in this matter, signed on December 21, 2006, by United States Magistrate Judge Sandra M. Snyder.

The stipulation may be signed by the attorneys in counterpart, and by original, photocopy or facsimile signatures.

Dated: October 4, 2007                   OREN & PABOOJIAN

                                          By /S/ Warren R. Paboojian
                                          Warren R. Paboojian, Attorney for Plaintiffs
                                          ALICE HOLMES AND VERNON HOLMES

Dated: October 4, 2007                   PANISH SHEA & O'BOYLE

                                          By /S/ Brian Panish
                                          Brian Panish, Attorney for Plaintiff ALICE HOLMES

| | | |
|---|---|---|
| 1 | Dated:   October 4, 2007 | HALL LAW CORPORATION |
| 2 | | |
| 3 | | By  /S/ Larry C. Hall |
| 4 | | Larry C. Hall, Attorney for Plaintiff ALICE HOLMES |
| 5 | | |
| 6 | Dated:   October 4, 2007 | WEGMAN, HESSLER & VANDERBURG |
| 7 | | |
| 8 | | By  /S/ Richard T. Coyne |
| 9 | | Richard T. Coyne, Attorney for Defendants MTD CONSUMER GROUP, INC.; HOME DEPOT USA, INC. |
| 10 | | |
| 11 | Dated:   October 4, 2007 | PORTER SCOTT |
| 12 | | |
| 13 | | By  /S/ Anthony S. Warburg |
| 14 | | Anthony S. Warburg, Attorney for Defendants MTD CONSUMER GROUP, INC.; HOME DEPOT USA, INC. |
| 15 | | |
| 16 | Dated:   October 4, 2007 | DRYDEN, MARGOLES, SCHIMANECK & WETZ |
| 17-18 | | |
| 19 | | By  /S/ Lawrence A. Margoles |
| 20 | | Lawrence A. Margoles, Attorney for Defendant BRIGGS & STRATTON CORPORATION |
| 21 | | |
| 22 | Dated:   October 4, 2007 | McCORMICK BARSTOW, SHEPPARD, WAYTE & CARRUTH |
| 23-24 | | |
| 25 | | By  /S/ Daniel P. Lyons |
| 26 | | Daniel P. Lyons, Attorney for Defendant WALBRO CORPORATION |

**SCHEDULING ORDER**

IT IS HEREBY ORDERED that:

1. Plaintiffs' deadline for disclosure of expert witnesses shall be December 10, 2007;

2. Defendants' deadline for disclosure of expert witnesses shall be December 26, 2007;

3. The deadline for parties to disclose rebuttal expert witnesses shall be January 9, 2008

4. All non-dispositive pre-trial motions, including any discovery motions, shall be filed on or before February 13, 2008;

5. All dispositive pre-trial motions shall be filed on or before February 27, 2008;

6. All other dates and deadlines, including but not limited to those pertaining to the filing of pre-trial and settlement conference statements and pre-trial disclosures, will be in accordance with the original Scheduling Conference Order on file in this matter, signed on December 21, 2006, by United States Magistrate Judge Sandra M. Snyder.

IT IS SO ORDERED.

**Dated:   October 11, 2007**          /s/ Sandra M. Snyder
                                       UNITED STATES MAGISTRATE JUDGE