**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Anthony S. Warburg, SBN 078956
Christopher M. Egan, SBN 232301
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants:
MTD CONSUMER GROUP, INC. and HOME DEPOT USA, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICE HOLMES and VERNON HOLMES,<br><br>Plaintiffs,<br><br>v.<br><br>HOME DEPOT USA, INC.; MTD PRODUCTS, INC.; BRIGGS & STRATTON CORPORATION; WALBRO CORPORATION, and DOES 1 through 50, inclusive,<br><br>Defendants._____/ | Case No.  1:06-cv-01527-AWI-SMS<br><br>**STIPULATION TO CHANGE EXPERT DISCLOSURE DATES AND SCHEDULING ORDER** |

This Stipulation is entered into by and between plaintiffs ALICE HOMES and VERNON HOLMES and defendants HOME DEPOT USA, INC.; MTD CONSUMER GROUP, INC.; BRIGGS & STRATTON CORPORATION; and WALBRO ENGINE MANAGEMENT LLC (sued herein as Walbro Corporation) (collectively referred to as the "Parties").  The Parties have conferred and agreed to continue the expert disclosure dates for sixty (60) days.

The Stipulation is necessary because defendants intend to schedule independent medical exams with ALICE HOLMES and VERNON HOLMES.  ALICE HOLMES has continuing health issues, including a recent knee surgery, that has delayed her ability to participate in an independent medical exam.

Warren Paboojian and Jason Bell, who are counsel representing ALICE HOLMES and VERNON HOLMES have been involved in a lengthy trial in the case Stacy Johnson-Klein v. Fresno State University. Mr. Paboojian and Mr. Bell have been in trial in the case Stacy Johnson-Klein v. Fresno State University since October 7, 2007. Trial lasted until December 2007. In order for the Parties to have a meaningful exchange of experts, the Parties will need an additional sixty (60) days to conduct further necessary discovery. The Parties stipulate and agree to the following new expert disclosure dates:

1. Plaintiffs' deadline for disclosure of experts is now February 8, 2008;

2. Defendants' deadline for disclosure of experts is now February 25, 2008;

3. The deadline for Parties to disclose rebuttal expert witnesses is now March 10, 2008;

4. The Settlement Conference currently scheduled for February 12, 2008 will be moved to March 26, 2008 or to a date convenient with the Court during the last two weeks of March 2008.

5. All other dates and deadlines will be in accordance with the Stipulation and Scheduling Order filed on October 4, 2007.

This Stipulation may be signed by the attorneys in counterpart, and original, photocopy or facsimile signatures.

Dated: December 11, 2007        OREN & PABOOJIAN

                                By    /s/ Warren R. Paboojian
                                      Warren R. Paboojian
                                      Jason Bell, Attorney for Plaintiffs
                                      ALICE HOLMES and VERNON HOLMES

Dated: December 11, 2007        PANISH SHEA & O'BOYLE

                                By    /s/ Brian Parish
                                      Brian Panish, Attorney for Plaintiff
                                      ALICE HOLMES

Dated: December 11, 2007          HALL LAW CORPORATION

                                  By   /s/ Larry C. Hall
                                       Larry C. Hall, Attorney for Plaintiff
                                       ALICE HOLMES

Dated: December 11, 2007          WEGMAN, HESSLER & VANDERBURG

                                  By   /s/ Richard T. Coyne
                                       Richard T. Coyne
                                       Christopher Corpus  Attorney for
                                       Defendants MTD CONSUMER GROUP,
                                       INC.; HOME DEPOT USA, INC.

Dated: December 11, 2007          PORTER SCOTT

                                  By   /s/ Christopher M. Egan
                                       Christopher M. Egan, Attorney for Defendants
                                       MTD CONSUMER GROUP, INC.; HOME
                                       DEPOT USA, INC.

Dated: December 11, 2007          DRYDEN, MARGOLES, SCHIMANECK &
                                  WETZ

                                  By   /s/ Lawrence A. Margoles
                                       Lawrence A Margoles, Attorney for
                                       Defendant BRIGGS & STRATTON
                                       CORPORATION

Dated: December 11, 2007          McCORMICK, BARSTOW, SHEPPARD, WAYTE
                                  & CARRUTH

                                  By   /s/Daniel P. Lyons
                                       Daniel P. Lyons, Attorney for Defendant
                                       WALBRO CORPORATION

SCHEDULING ORDER

IT IS HEREBY ORDERED that:

1. Plaintiffs' deadline for disclosure of experts is now February 8, 2008;

2. Defendants' deadline for disclosure of experts is now February 25, 2008;

3. The deadline for Parties to disclose rebuttal expert witnesses is now March 10, 2008;

4. The Settlement Conference currently scheduled for February 12, 2008 will be moved to March 26, 2008 at 10:00am before Judge Beck in Courtroom #9; and

5. All other dates and deadlines will be in accordance with the Stipulation and Scheduling Order filed on October 4, 2007, by United States Magistrate Judge Sandra M. Snyder.

IT IS SO ORDERED.

**Dated:   December 18, 2007**          /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE