Daniel P. Lyons, # 95334
Carol O'Neil, # 71282
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:     (559) 433-1300
Facsimile:      (559) 433-2300

Attorneys for Defendant
WALBRO ENGINE MANAGEMENT, LLC

(SPACE BELOW FOR FILING STAMP ONLY)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICE HOLMES AND VERNON HOLMES,<br><br>    Plaintiffs,<br><br>v.<br><br>HOME DEPOT USA, INC.; MTD PRODUCTS, INC.; BRIGGS & STRATTON CORPORATION; WALBRO CORPORATION; AND DOES 1 to 50, Inclusive,<br><br>    Defendants. | Case No.  1:06-cv-01527-SMS<br><br>**STIPULATION CONCERNING PHYSICAL EXAMINATIONS OF PLAINTIFFS VERNON HOLMES AND ALICE HOLMES AND**<br><br>**ORDER**<br><br>**[Federal Rule of Civil Procedure 35]** |

This Stipulation concerning physical examinations of Plaintiffs ALICE HOLMES AND VERNON HOLMES is entered into by and between Plaintiffs ALICE HOLMES AND VERNON HOLMES and Defendants HOME DEPOT USA, INC.; MTD CONSUMER GROUP, INC.; BRIGGS & STRATTON CORPORATION; and WALBRO ENGINE MANAGEMENT LLC (hereinafter collectively referred to as "the Parties"), and is made in reference to the following facts:

   A.   The Parties have agreed that Plaintiffs ALICE HOLMES AND VERNON HOLMES will undergo physical examinations pursuant to Federal Rule 35 because their physical conditions, specifically the nature and extent of their injuries, if any, sustained in an August 7, 2005 grass fire at their Coulterville, California acreage are in controversy in this case.  Also in

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA  93720-1501

STIPULATION REGARDING PLAINTIFFS' PHYSICAL EXAMINATIONS & (PROPOSED) ORDER
1:06-CV-1527 SMS

PDF created with pdfFactory trial version www.pdffactory.com

controversy is Plaintiffs ALICE HOLMES' AND VERNON HOLMES' respective needs, if any, for future medical care and treatment for the injuries they allegedly sustained in the August 7, 2005 grass fire.

B.  Under Federal Rule of Civil Procedure 35, this Court may order a party to submit to a physical examination when a party's mental or physical condition is in controversy in the case. Plaintiffs ALICE HOLMES AND VERNON HOLMES are parties in this case. The physical conditions of Plaintiffs ALICE HOLMES AND VERNON HOLMES are in controversy in this case.

C.  As to Plaintiff ALICE HOLMES, the parties have agreed that Plaintiff will present to licensed California physician, Tina L. Palmieri, M.D., who is board certified in Burns and Surgical Critical Care by the American Board of Surgery and is the Director of the Burn Unit, Department of Surgery, of the University of California, Davis Medical Center in Sacramento and the Director of the Burn Unit, Department of Surgery, of the Shriners Hospitals for Children Northern California in Sacramento California, for a physical examination to be performed by Dr. Palmieri.

(1)  Plaintiff's physical examination by Dr. Palmieri is scheduled to occur on February 12, 2008 at 4 p.m. at the University of California, Davis Medical Center, Cypress Clinic, 2221 Stockton Blvd., Suite E in Sacramento, CA 95817.

(2)  Plaintiff will not submit to any diagnostic test or procedure that is painful, protracted, or intrusive, whether or not said testing is deemed relevant. Plaintiff will not provide the examiner with personal information other than her full name, date of birth, social security number and California driver's license number, if requested to do so. Plaintiff may not be compelled to create any items of potential documentary evidence and will not fill out or complete any charges, new patient records, forms or histories. Plaintiff will not discuss nor answer any questions as to how the fire that underlies this case occurred. Plaintiff will answer questions concerning the nature and extent of her injuries sustained in the fire and the nature and extent of her present complaints. Defense counsel will instruct Dr. Palmieri to make only such inquiries of Plaintiff as are medically necessary for Dr. Palmieri to form her medical conclusions and

2

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

STIPULATION REGARDING PLAINTIFFS' PHYSICAL EXAMINATIONS & (PROPOSED) ORDER
1:06-CV-1527 SMS

PDF created with pdfFactory trial version www.pdffactory.com

1  opinions.

2        (3) Plaintiffs' counsel may record or may designate a representative to record
3  the entire audio content of the physical examination. Plaintiffs' counsel shall inform defense
4  counsel of the full names of any persons who will be present with Plaintiff at her examination so
5  that Dr. Palmieri and her staff may be informed in writing of their names and will authorize these
6  persons to be present for the examination in accordance with Dr. Palmieri's practice of preserving
7  the medical privacy rights of patients.

8        (4) The physical examination of Plaintiff will be completed within two hours.
9  The examination will only be rescheduled or continued if an unavoidable medical emergency
10 occurs in which Dr. Palmieri's medical expertise is required on an emergent basis. Defense
11 counsel will immediately provide Plaintiffs' counsel with a full explanation of any emergent
12 medical event should it occur and should it result in the need for Dr. Palmieri to reschedule
13 Plaintiff's examination or leave Plaintiff's examination prematurely.

14       (5) Dr. Palmieri's fees for performing this examination will be shared in by all
15 Defendants in this case. Defendants will provide Plaintiffs' counsel with a copy of Dr. Palmieri's
16 written report concerning her findings and her opinions formed in the course of performing her
17 physical examination of Plaintiff and through her review of Plaintiff's medical records. The
18 report will set forth the history and examinations and any findings, diagnoses and prognoses made
19 by Dr. Palmieri. Every effort will be made to provide Dr. Palmieri's report to Plaintiffs' counsel
20 within 30 days of the date of the Plaintiff's physical examination.

21       (6) Defendants will reimburse Plaintiff's adult son, Marc Holmes, for his
22 mileage in transporting his mother to and from her physical examination at the 2008 IRS business
23 mileage reimbursement rate of $0.50.5 cents per mile. Defendants will also reimburse Marc
24 Holmes for reasonable meal expenses, evidenced by a receipt for the same, incurred by Plaintiff
25 and Marc Holmes in round-trip travel from Plaintiff's place of residence in Fresno County to the
26 Cypress Clinic in Sacramento, CA 95817 for the purpose of the physical examination of Plaintiff
27 by Dr. Palmieri.

28     D. As to Plaintiff VERNON HOLMES, the parties have agreed that Plaintiff will

3

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

STIPULATION REGARDING PLAINTIFFS' PHYSICAL EXAMINATIONS & (PROPOSED) ORDER
1:06-CV-1527 SMS

PDF created with pdfFactory trial version www.pdffactory.com

present to licensed California physician, Joseph T. Capell, M.D., who is board certified in Physical Medicine and Rehabilitation by the American Board of Physical Medicine and Rehabilitation and who is in private practice in physical medicine and rehabilitation, for a physical examination to be performed by Dr. Capell.

(1)  Plaintiff's physical examination by Dr. Capell is scheduled for January 23, 2008 at 10 a.m. at Dr. Capell's office, located at 5550 N Palm Avenue, #101, in Fresno, CA 93704.

(2)  Plaintiff will not submit to any diagnostic test or procedure that is painful, protracted, or intrusive, whether or not said testing is deemed relevant.  Plaintiff will not provide the examiner with personal information other than his full name, date of birth, social security number and California driver's license number, if requested to do so.  Plaintiff may not be compelled to create any items of potential documentary evidence and will not fill out or complete any charges, new patient records, forms or histories.  Plaintiff will not discuss nor answer any questions as to how the fire that underlies this case occurred.  Plaintiff will answer questions concerning the nature and extent of his injuries sustained in the fire and the nature and extent of his present complaints.  Defense counsel will instruct Dr. Capell to make only such inquiries of Plaintiff as are medically necessary for Dr. Capell to form his medical conclusions and opinions.

(3)  Plaintiffs' counsel may record or may designate a representative to record the entire audio content of the examination.  Plaintiffs' counsel shall inform defense counsel of the full names of any persons who will be present with Plaintiff at his examination so that Dr. Capell and his staff may be informed in writing of their names and will authorize these persons to be present for the examination in accordance with Dr. Capell's practice of preserving the medical privacy rights of patients.

(4)  The physical examination of Plaintiff will be completed within two hours. The examination will only be rescheduled or continued if an unavoidable medical emergency occurs in which Dr. Capell's medical expertise is required on an emergent basis.  Defense counsel will immediately provide Plaintiffs' counsel with a full explanation of any emergent medical event should it occur and should it result in the need for Dr. Capell to reschedule Plaintiff's

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

4

STIPULATION REGARDING PLAINTIFFS' PHYSICAL EXAMINATIONS & (PROPOSED) ORDER
1:06-CV-1527  SMS

PDF created with pdfFactory trial version www.pdffactory.com

1  examination or leave Plaintiff's examination prematurely.

2  (5) Dr. Capell's fees for performing this examination will be shared in by all Defendants in this case. Defendants will provide Plaintiffs' counsel with a copy of Dr. Capell's written report concerning his findings and his opinions formed in the course of performing his physical examination of Plaintiff and through his review of Plaintiff's medical records. The report will set forth the history and examinations and any findings, diagnoses and prognoses made by Dr. Capell. Every effort will be made to provide Dr. Capell's report to Plaintiffs' counsel within 30 days of the date of the physical examination.

ACCORDINGLY, the Parties hereto, by and through their respective attorneys of record, STIPULATE AND AGREE to the following order:

1. That Plaintiff ALICE HOLMES present to licensed California physician, Tina L. Palmieri, M.D., Director of the Burn Unit, Department of Surgery, of the University of California, Davis Medical Center in Sacramento, for a physical examination to be performed by Dr. Palmieri on February 12, 2008 at 4 p.m. at the University of California, Davis Medical Center, Cypress Clinic, 2221 Stockton Blvd., Suite E in Sacramento, CA 95817. That all parties and their respective counsel comply with the above terms and conditions under which Plaintiff's physical examination is to take place.

2. That Plaintiff VERNON HOLMES present to licensed California physician, Joseph T. Capell, M.D., a physical medicine and rehabilitation physician, for a physical examination to be performed by Dr. Capell on January 23, 2008 at 10 a.m. at Dr. Capell's office, located at 5550 N Palm Avenue, #101, in Fresno, CA 93704. That all parties and their respective counsel comply with the above terms and conditions under which Plaintiff's physical examination is to take place.

The parties, by one of the undersigned counsel for each party, agree that this **STIPULATION CONCERNING THE PHYSICAL EXAMINATIONS OF PLAINTIFFS ALICE HOLMES AND VERNON HOLMES AND (PROPOSED) ORDER** may be signed by counsel pursuant to Local Court Rule 7-131(e), and that all counsel listed below have authorized the submission of this **STIPULATION AND (PROPOSED) ORDER** to this Court.

PDF created with pdfFactory trial version www.pdffactory.com

**IT IS SO STIPULATED:**

Dated: January 14, 2008                                      McCORMICK, BARSTOW, SHEPPARD,
                                                                            WAYTE & CARRUTH LLP


By:  /s/ Daniel P. Lyons
                   Daniel P. Lyons
                Attorneys for Defendant
           WALBRO ENGINE MANAGEMENT
           LLC (erroneously sued herein as Walbro
                             Corporation)

Dated: January 14, 2008                                                 OREN & PABOOJIAN


By:  /s/ Warren Paboojian (as authorized on January 10, 2008)
                   Warren R. Paboojian
                Attorneys for Plaintiffs
           ALICE HOLMES and VERNON
                             HOLMES

Dated: January 14, 2008                                      PORTER, SCOTT, WEIBERG &
                                                                                    DELEHANT


By:  /s/ Anthony S. Warburg (as authorized on January 9, 2008)
                   Anthony S. Warburg
                Attorneys for Defendants
           HOME DEPOT and MTD PRODUCTS,
                             INC.

Dated: January 14 , 2008                                     DRYDEN, MARGOLES, SCHIMANECK &
                                                                                    WERTZ


By:  /s/ Lawrence A. Margoles (as authorized on January 14, 2008)
                   Lawrence A. Margoles
                Attorneys for Defendants
           BRIGGS & STRATTON CORPORATION

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

6
STIPULATION REGARDING PLAINTIFFS' PHYSICAL EXAMINATIONS & (PROPOSED) ORDER
1:06-CV-1527 SMS

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN AND THE PARTIES HAVING STIPULATED TO THE SAME, the Court finds that the above-stated **STIPULATION CONCERNING THE PHYSICAL EXAMINATIONS OF PLAINTIFFS ALICE HOLMES AND VERNON HOLMES** is sanctioned by the Court, pursuant to Federal Rule of Civil Procedure 35 and shall be and now is the Order of the Court. All Parties in this action shall abide by the terms of this **STIPULATED ORDER CONCERNING THE PHYSICAL EXAMINATIONS OF PLAINTIFFS ALICE HOLMES AND VERNON HOLMES**.

**IT IS SO ORDERED**

Dated:  1/16/2008

      /s/ Sandra M. Snyder
**U.S. MAGISTRATE JUDGE**

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA  93720-1501

7

STIPULATION REGARDING PLAINTIFFS' PHYSICAL EXAMINATIONS & (PROPOSED) ORDER
1:06-CV-1527  SMS

PDF created with pdfFactory trial version www.pdffactory.com