**P O R T E R | S C O T T**

A PROFESSIONAL CORPORATION
Anthony S. Warburg, SBN 078956
Christopher M. Egan, SBN 232301
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants:
MTD CONSUMER GROUP, INC. and HOME DEPOT USA, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICE HOLMES and VERNON HOLMES, | Case No.  1:06-cv-01527-SMS |
| Plaintiffs, | **STIPULATION TO CONTINUE TRIAL DATE; AND SCHEDULING ORDER** |
| v. | |
| HOME DEPOT USA, INC.; MTD PRODUCTS, INC.; BRIGGS & STRATTON CORPORATION; WALBRO CORPORATION, and DOES 1 through 50, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective attorneys of record, as follows:

1.     That the present Trial date of May 19, 2008, be vacated and the Court reschedule the matter for Trial on November 3, 2008, or on a date subsequent based upon the convenience of the Court;

2.     The parties request the Mandatory Settlement Conference presently scheduled for March 26, 2008, and the Final Pretrial Conference presently scheduled for March 27, 2008, be vacated to be reset as set forth in proposed Scheduling Order herein;

Good Cause exists for the Court to continue the above referenced dates for the following reasons:

3.     On December 26, 2007, counsel representing HOME DEPOT and MTD CONSUMER GROUP received a Request for Production of Documents to HOME DEPOT, a Request for Production of Documents to MTD CONSUMER GROUP, a FRCP 30(b)(6) deposition notice with multiple categories of testimony sent to defendant HOME DEPOT, and two separate FRCP 30(b)(6) deposition notices with multiple categories of testimony sent to defendant MTD CONSUMER GROUP.  HOME DEPOT and MTD CONSUMER GROUP have been and are currently represented by the Porter Scott law firm.  The previously mentioned discovery propounded to HOME DEPOT and MTD CONSUMER GROUP have made it inappropriate for Porter Scott to continue representing both HOME DEPOT and MTD CONSUMER GROUP.  Counsel from Porter Scott promptly notified all counsel that it will no longer be able to represent both HOME DEPOT and MTD CONSUMER GROUP.  New counsel will be retained for HOME DEPOT in the immediate future.  The new counsel representing HOME DEPOT will need time to review the substantial discovery and deposition testimony that has already occurred in this factually and medically complex case.

4.     Defendant WALBRO ENGINE MANAGEMENT, LLC recently filed its Second Amended Answer, Counterclaim against plaintiff VERNON HOLMES on January 17, 2008.  As a result of the Counterclaim against VERNON HOLMES, counsel representing VERNON and ALICE HOLMES will be tendering the defense regarding the Counterclaim from WALBRO ENGINE MANAGEMENT, LLC to VERNON HOLMES' homeowner insurance carrier.  As a result, VERNON HOLMES will likely be represented by new counsel regarding the Counterclaim from WALBRO ENGINE MANAGEMENT, LLC..  VERNON HOLMES' new defense counsel will also need additional time to review the substantial discovery and testimony in this factually and medically complex case;

5.     In December 2007, plaintiffs sent FRCP 30(b)(6) deposition notices to defendants HOME DEPOT, MTD CONSUMER GROUP, BRIGGS & STRATTON CORPORATION, and WALBRO ENGINE MANAGEMENT, LLC.  Due to HOME DEPOT's need to retain new counsel, all FRCP 30(b)(6) depositions have been postponed. Plaintiffs granted  MTD CONSUMER GROUP

and HOME DEPOT thirty day extensions to respond to plaintiffs' request for documents in order for HOME DEPOT to retain new counsel. To allow this case to move meaningfully toward possible alternative dispute resolution and potentially Trial, plaintiffs will need to receive discovery responses from all collective defendants and complete the previously noticed FRCP 30(b)(6) depositions.

For the reasons stated above, the parties hereby stipulate to the following proposed Scheduling Order:

1.    Plaintiffs' Expert Disclosure Deadline:  August 12, 2008;

2.    Dispositive Motion Filing Deadline:  August 12, 2008;

3.    Defendants' Expert Disclosure Deadline:  September 2, 2008;

4.    Discovery Deadline:  September 2, 2008;

5.    Non-Dispositive Motion Filing Deadline:  September 2, 2008;

6.    Settlement Conference Date:  September 8, 2008

7.    Plaintiffs' Pretrial Statement Deadline:  September 17, 2008;

8.    Rebuttal Expert Disclosure Deadline:  September 23, 2008;

9.    Defendants' Pretrial Statement Deadline:  September 24, 2008;

10.   Final Pretrial Conference Date:  October 1, 2008;

11.   Rule 26(a)(3)-(4) Disclosures:  October 10, 2008;

12.   Plaintiff to File Proposed Pretrial Order:  October 13, 2008;

13.   Last Day for a Defendant to serve Offer of Judgment on Plaintiffs:  October 14, 2008;

14.   Trial Briefs:  October 20, 2008;

15.   Voir Dire Questions:  October 29, 2008;

16.   Jury Instructions/Verdict Forms:  October 29, 2008; and

17.   Trial Date:  November 3, 2008.

The Stipulation may be signed by the attorneys in counterpart, and by original, photocopy, electronic or facsimile signatures.

/ /

Dated:  January <u>28</u>, 2008        OREN & PABOOJIAN

By    /s/ Warren R. Paboojian
      Warren R. Paboojian
      Jason Bell, Attorney for Plaintiffs
      ALICE HOLMES and VERNON HOLMES

Dated:  January <u>28</u>, 2008        PANISH SHEA & O'BOYLE

By    /s/ Brian Parish
      Brian Panish, Attorney for Plaintiff
      ALICE HOLMES

Dated: January <u>28</u>, 2008        HALL LAW CORPORATION

By    /s/ Larry C. Hall
      Larry C. Hall, Attorney for Plaintiff
      ALICE HOLMES

Dated: January <u>28</u>, 2008        WEGMAN, HESSLER & VANDERBURG

By    /s/ Richard T. Coyne
      Richard T. Coyne
      Christopher Corpus    Attorney for Defendants
      MTD CONSUMER GROUP, INC.; HOME
      DEPOT USA, INC.

Dated: January <u>28</u>, 2008        PORTER SCOTT

By    /s/ Anthony S. Warburg
      Anthony S. Warburg, Attorney for Defendants
      MTD CONSUMER GROUP, INC.; HOME
      DEPOT USA, INC.

Dated:  January <u>28</u>, 2008        DRYDEN, MARGOLES, SCHIMANECK &
WETZ

By    /s/  Lawrence A. Margoles
      Lawrence A Margoles, Attorney for Defendant
      BRIGGS & STRATTON CORPORATION

4

Dated: January 28, 2008                    McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH

                                           By _____/s/Daniel P. Lyons_____
                                               Daniel P. Lyons, Attorney for Defendant
                                               WALBRO CORPORATION

# SCHEDULING ORDER

IT IS HEREBY ORDERED that:

Based on the facts presented in the attached Stipulation, good cause exists to vacate the May 19, 2008 Trial Date, the Mandatory Settlement Conference presently scheduled for February 12, 2008, and the Final Pretrial Conference presently scheduled for March 27, 2008.  The Court adopts the following Scheduling Order:

1.  Plaintiffs' Expert Disclosure Deadline:  August 12, 2008;

2.  Dispositive Motion Filing Deadline:  August 12, 2008;

3.  Defendants' Expert Disclosure Deadline:  September 2, 2008;

4.  Discovery Deadline:  September 2, 2008;

5.  Non-Dispositive Motion Filing Deadline:  September 2, 2008;

6.  Settlement Conference Date (was 3/26/08):  September 8, 2008 at 10:00 a.m. before Judge Beck.

7.  Plaintiffs' Pretrial Statement Deadline:  September 17, 2008;

8.  Rebuttal Expert Disclosure Deadline:  September 23, 2008;

9.  Defendants' Pretrial Statement Deadline:  September 24, 2008;

10.  Final Pretrial Conference Date (was 3/27/08):  October 1, 2008 at 11:00am before Judge Snyder;

11.  Rule 26(a)(3)-(4) Disclosures:  October 10, 2008;

12.  Plaintiff to File Proposed Pretrial Order:  October 13, 2008;

13.  Last Day for a Defendant to serve Offer of Judgment on Plaintiffs:  October 14, 2008;

14.  Trial Briefs:  October 20, 2008;

15.  Voir Dire Questions:  October 29, 2008;

16.     Jury Instructions/Verdict Forms:  October 29, 2008; and

17.     Jury Trial Date (was 5/19/08):  November 3, 2008 at 9:00a.m. before Judge Snyder.

_____

IT IS SO ORDERED.

**Dated:   __January 30, 2008__**          _____/s/ Sandra M. Snyder_____
                                          UNITED STATES MAGISTRATE JUDGE