1  Warren R. Paboojian, No. 128462
   OREN & PABOOJIAN
2  225 W. Shaw Ave. Suite 105
   Fresno, California 93704
3  Telephone:  (559) 224-2299
   Facsimile: (559) 224-2228
4
   Attorneys for Plaintiffs ALICE HOLMES AND VERNON HOLMES
5

6

7

8                        UNITED STATES DISTRICT COURT

9              IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  ALICE HOLMES AND VERNON HOLMES, )        Case No. 1:06-CV-01527-SMS
                                      )
12              Plaintiffs,           )        **STIPULATION TO ALLOW PLAINTIFFS**
            vs.                       )        **TO FILE A FIRST AMENDED**
13                                    )        **COMPLAINT TO ADD NEW**
    HOME DEPOT USA, INC.; MTD         )        **DEFENDANTS; AND ORDER**
14  PRODUCTS, INC.; BRIGGS & STRATTON )
    CORPORATION; WALBRO              )
15  CORPORATION and DOES 1 through 50, )
    inclusive,                        )
16                                    )
                Defendants.           )
17  _____ )

18      IT IS HEREBY STIPULATED by and between the parties hereto, through their respective

19  attorneys of record, as follows:

20      1.   That Plaintiffs be allowed to file a first amended complaint to add two new defendants:

21  (1) Dapco Industries; and, (2) Dupont, who, through discovery provided by Walbro Corp., were

22  recently discovered to be manufacturers of component parts to the MTD riding lawnmower that is the

23  subject of this products liability case.

24      2.   That defendant MTD Consumer Group, Inc.'s state court answer to the original

25  complaint filed on August 31, 2006, be deemed the answer to the plaintiffs' first amended complaint.

26      3.   That defendant Home Depot USA, Inc.'s answer  filed on September 22, 2006, to the

27  original complaint be deemed the answer to the plaintiffs' first amended complaint (See Docket No.

28

1    12).

2        4.      That defendant Briggs & Stratton Corporation's answer filed on December 11, 2006, to

3    the original complaint be deemed the answer to the plaintiffs first amended complaint (See Docket No.

4    25).

5        5.      That defendant Walbro Corporation's amended answer filed on January 17, 2008, to the

6    original complaint be deemed the answer to the plaintiffs first amended complaint (See Docket No.

7    65).

8        The stipulation may be signed by the attorneys in counterpart, and by original, photocopy or

9    facsimile signatures.

10   Dated: April 22, 2008                          OREN & PABOOJIAN

11

12                                                  By   /s/ Warren R. Paboojian
                                                    Warren R. Paboojian, Attorney for Plaintiffs
13                                                  ALICE HOLMES AND VERNON HOLMES

14
     Dated: April 22, 2008 .                        PORTER SCOTT
15

16                                                  By   /s/ Anthony S. Warburg
17                                                  Anthony S. Warburg, Attorney for Defendants
                                                    MTD CONSUMER GROUP, INC.
18

19                                                  DRYDEN, MARGOLES, SCHIMANECK &
     Dated: April 22, 2008.                         WETZ
20

21                                                  By   /s/ Lawrence A. Margoles
22                                                  Lawrence A. Margoles, Attorney for Defendant
                                                    BRIGGS & STRATTON CORPORATION
23

24
                                                    McCORMICK BARSTOW, SHEPPARD,
25   Dated: April 22, 2008 .                        WAYTE & CARRUTH

26

27                                                  By /s/ Daniel P. Lyons
                                                    Daniel P. Lyons, Attorney for Defendant
28                                                  WALBRO CORPORATION

                                                2

1

2   Dated: April 22, 2008.                         JENKINS, GOODMAN,
                                                    NEUMAN & HAMILTON, LLP
3

4
                                                    By /s/ Joshua S. Goodman
5                                                   Joshua S. Goodman, Attorney for Home
                                                    Depot USA, Inc.
6

7
    Dated: April 22, 2008.                          PANISH SHEA & BOYLE LLP
8

9
                                                    By: /s/ Brian Panish
10                                                  Brian Panish, Attorney for Plaintiff ALICE
                                                    HOLMES.
11

12
    Dated:   April 22, 2008.                        HALL LAW CORPORATION
13

14
                                                    By:   /s/ Laurence Hall
15                                                  Laurence Hall, Attorney for Plaintiff ALICE
                                                    HOLMES.
16

17

18

19

20

21

22

23

24

25

26

27

28

OREN & PABOOJIAN
225 W. Shaw Ave., #105
Fresno, CA 93704

1

**ORDER ALLOWING PLAINTIFFS TO FILE A
FIRST AMENDED COMPLAINT**

2

3       On the stipulation and agreement of the parties through their attorneys of record and good

4   cause appearing therefore,

5       IT IS ORDERED that:

6       1.      That Plaintiffs VERNON HOLMES AND ALICE HOLMES be allowed to file a first

7   amended complaint to add two new defendants: (1) DAPCO INDUSTRIES; and, (2) DUPONT.

8       2.      That the defendants *Home Depot USA, Inc.*, *MTD Consumer Group, Inc.*, *Briggs &*

9   *Stratton Corporation, and Walbro Corporation*'s prior answers as referenced in the parties stipulation

10  be deemed each of their answers to the plaintiffs' first amended complaint to be filed, pursuant to this

11  Order.

12

13

14      IT IS SO ORDERED.

15  **Dated:    April 25, 2008**                 _____/s/ Sandra M. Snyder_____
                                                     UNITED STATES MAGISTRATE JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28

4