1  Warren R. Paboojian, No. 128462
   BARADAT, EDWARDS & PABOOJIAN, LLP
2  7050 North Fresno Street, Suite 201
   Fresno, California 93720
3  Telephone: (559) 431-5366
   Facsimile: (559) 431-1702
4
   Brian J. Panish, No. 116060
5  PANISH, SHEA & O'BOYLE
   11111 Santa Monica Blvd., Ste. 700
6  Los Angeles, CA 90025
   Telephone: (310) 477-1700
7  Facsimile: (310) 477-1699

8  Attorneys for Plaintiffs ALICE HOLMES AND VERNON HOLMES

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICE HOLMES AND VERNON HOLMES, <br><br>          Plaintiff, <br>     vs. <br><br>HOME DEPOT USA, INC.; MTD PRODUCTS, INC.; BRIGGS & STRATTON CORPORATION; WALBRO CORPORATION and DOES 1 through 50, inclusive, <br><br>          Defendants. <br>_____ | Case No. 1:06-CV-01527-SMS <br><br>**STIPULATION TO ALLOW PLAINTIFFS TO FILE SECOND AMENDED COMPLAINT TO CORRECT NAME OF DEFENDANT**; <br><br>**ORDER** |

22      IT IS HEREBY STIPULATED by and between the parties hereto, through their respective

23  attorneys of record, as follows:

24      1.   That Plaintiffs be allowed to file a second amended complaint to correct the name of

25  Defendant Dupont, added with the filing of the First Amended Complainy (see Docket No. 78), in order

26  to have a new summons issued with the correct name of Defendant Dupont so that service may be

27  properly affected on said defendant.

28

2. The correct name of Defendant Dupont is **E.I. Du Pont De Nemours and Company.**

3. That Defendant MTD Consumer Group, Inc.'s state court answer to the original complaint, filed on August 31, 2006, be deemed the answer to Plaintiffs' Second Amended Complaint.

4. That Defendant Home Depot USA, Inc.'s answer to the original complaint, filed on December 22, 2006 (see Docket No. 12), be deemed the answer to Plaintiffs' Second Amended Complaint.

5. That Defendant Briggs & Stratton Corporation 's answer to the original complaint, filed on December 11, 2006 (see Docket No. 25) be deemed the answer to Plaintiffs' Second Amended Complaint.

6. That Defendant Walbro Corporation's amended answer to the original complaint, filed on January 17, 2008 (see Docket No. 65) be deemed the answer to Plaintiffs' Second Amended Complaint.

The stipulation may be signed by the attorneys in counterpart, and by original, photocopy, facsimile or electronic signatures.

Dated: July 11, 2008                    BARADAT, EDWARDS & PABOOJIAN, LLP


By  /S/ Warren R. Paboojian
Warren R. Paboojian, Attorney for Plaintiffs
ALICE HOLMES AND VERNON HOLMES

Dated: July 11, 2008                    PANISH SHEA & BOYLE, LLP


By  /S/ Brian Panish
Brian Panish Attorney for Plaintiff ALICE HOLMES

Dated: July 11, 2008                    HALL LAW CORPORATION


By  /S/ Laurence Hall
Laurence Hall, Attorney for Plaintiff ALICE HOLMES

BARADAT, EDWARDS
& PABOOJIAN LLP
7050 N. Fresno St., #201
Fresno, CA 93720

2

Stipulation to File Second Amended Complaint
1:06-CV-01527 SMS

Dated: July 14, 2008

PORTER SCOTT

By    /S/ Anthony S. Warburg
Anthony S. Warburg, Attorney for Defendant,
MTD CONSUMER GROUP, INC.

Dated: July 11, 2008

DRYDEN, MARGOLES, SCHIMANECK & WETZ

By  /S/ Lawrence A. Margoles
Lawrence A. Margoles, Attorney for Defendant,
BRIGGS & STRATTON CORPORATION

Dated: July 11, 2008

McCORMICK, BARSTOW, SHEPPARD, WATYE & CARRUTH

By  /S/ Daniel P. Lyons
Daniel P. Lyons, Attorney for Defendant,
WALBRO CORPORATION

Dated: July 17, 2008

JENKINS, GOODMAN, NEUMAN & HAMILTON, LLP

By  /S/ Joshua S. Goodman
Joshua S. Goodman, Attorney for Defendant,
HOME DEPOT USA, INC.

BARADAT, EDWARDS
& PABOOJIAN LLP
7050 N. Fresno St., #201
Fresno, CA 93720

3

Stipulation to File Second Amended Complaint
1:06-CV-01527 SMS

**ORDER ALLOWING PLAINTIFFS TO FILE SECOND AMENDED COMPLAINT**

On the stipulation and agreement of the parties, through their respective attorneys of records, and good cause appearing therefore,

IT IS HEREBY ORDERED:

1. That Plaintiffs VERNON HOLMES and ALICE HOLMES be allowed to file a second amended complaint to correct the name of Defendant Dupont, added with the filing of the First Amended Complaint, to **E.I. DU PONT DE NEMOURS AND COMPANY;** and

2. That Defendants' prior answers as referenced in the Stipualtion be deeded each of their respective answers to Plaintiffs' Second Amended Complaint, filed pursuant to this order.

IT IS SO ORDERED.

**Dated:   July 21, 2008**              /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE

BARADAT, EDWARDS
& PABOOJIAN LLP
7050 N. Fresno St., #201
Fresno, CA 93720

4

Stipulation to File Second Amended Complaint
1:06-CV-01527 SMS