UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
ALICE HOLMES, et al.,              ) 1:06-cv-01527-SMS
                                   )
              Plaintiffs,          ) NOTICE OF ERRATA RE: ORDER
    v.                             ) DENYING MOTIONS OF DEFENDANTS
                                   ) HOME DEPOT USA, INC., AND WALBRO
HOME DEPOT USA, INC., et al.,      ) CORPORATION FOR SUMMARY JUDGMENT
                                   ) (DOC. 135)
              Defendants.          )
                                   )
_____)
```

   This civil action has been referred to the Magistrate Judge for all proceedings, including the entry of final judgment, pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73(b), and Local Rule 73-301. It has come to the Court's attention that page 4, footnote 2 of its order denying Defendants' motions for summary judgment, filed on November 20, 2008, is incomplete in that the words "Richelle Patton" should be added to the footnote so that it reads:

>   The declaration states that Jason Bell is the legal
>   secretary, but the title and signature of the
>   document reflect that it is the declaration of
>   Richelle Patton.

IT IS SO ORDERED.

**Dated:   December 10, 2008**              /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE

1