STEVEN H. GURNEE, ESQ. SB# 66056
TOBY M. MAGARIAN, ESQ. SB# 132907
ELLEN C. ARABIAN-LEE, ESQ. SB# 151615
**GURNEE & DANIELS LLP**
2240 Douglas Boulevard, Suite 150
Roseville, California 95661-3805
Telephone (916) 797-3100
Facsimile (916) 797-3131

Attorneys for Defendant
**DAPCO INDUSTRIES**

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICE HOLMES and VERNON HOLMES<br><br>Plaintiffs,<br><br>vs.<br><br>HOME DEPOT USA, INC.; MTD PRODUCTS, INC.; BRIGGS & STRATTON CORPORATION; WALBRO CORPORATION, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 1:06-cv-01527-SMS<br><br>**AMENDED STIPULATION TO CHANGE DEFENDANT DAPCO INDUSTRIES' EXPERT DISCLOSURE DATE**<br><br>**ORDER** |

This Stipulation is entered into by and between plaintiffs ALICE HOLMES and VERNON HOLMES and defendants DAPCO INDUSTRIES ("DAPCO"); MTD CONSUMER GROUP, INC.; BRIGGS & STRATTON CORPORATION; and WALBRO ENGINE MANAGEMENT LLC (sued herein as Walbro Corporation) (collectively referred to as "Parties"). The Court previously set Defendants' expert disclosure deadline for 4/24/09 as per a Minute Order of 3/4/09. The Parties have conferred and in light of the pending Motion to Dismiss and Motion for Leave to Amend have agreed to extend the date of defendant DAPCO INDUSTRIES' expert disclosure for thirty (30) days.

1

**STIPULATION TO CHANGE DEFENDANT DAPCO' S EXPERT DISCLOSURE DATE**

PDF created with pdfFactory trial version www.pdffactory.com

1. This Stipulation is necessary because due to the pending motion to dismiss defendant DAPCO's expert has not completed his analysis and expert report, which is required for the expert disclosure. DAPCO's counsel anticipated that DAPCO would be dismissed from this case prior to the need to retain an expert. Therefore, DAPCO only recently retained an expert and this expert will require additional time to complete his analysis and report. In order for DAPCO Industries to have a meaningful exchange of experts, DAPCO will need an additional thirty (30) days to disclose its expert witnesses. This extension does not affect the other dates set forth in the Court's Scheduling Order.

This Stipulation may be signed by the attorneys in counterpart, and with electronic, original, photocopy or facsimile signatures.

DATED: 4/22/09　　　　　　　　　　GURNEE & DANIELS LLP

By: /s/ Toby M. Magarian
　　STEVEN H. GURNEE
　　TOBY M. MAGARIAN
　　Attorneys for Defendant
　　DAPCO Industries

DATED: 4/22/09　　　　　　　　　　OREN & PABOOJIAN

By: /s/ Warren R. Paboojian
　　WARREN R. PABOOJIAN,
　　Attorney for Plaintiffs Alice Holmes
　　& Vernon Holmes

DATED: 4/22/09　　　　　　　　　　PANISH SHEA & O'BOYLE

By: /s/ Brian Panish

2

**STIPULATION TO CHANGE DEFENDANT DAPCO'S EXPERT DISCLOSURE DATE**

PDF created with pdfFactory trial version www.pdffactory.com

|  |  |  |
|---|---|---|
|  |  | BRIAN PANISH,<br>Attorney for Plaintiff Alice Holmes |
| DATED: | 4/22/09 | HALL LAW CORPORATION |
|  |  |  |
|  | By: | /s/ Larry C. Hall<br>LARRY C. HALL,<br>Attorney for Plaintiff Alice Holmes |
| DATED: | 4/22/09 | PORTER SCOTT WEIBERG, et. al. |
|  | By: | /s/ Anthony S. Warburg<br>ANTHONY S. WARBURG,<br>Attorney for Defendants MTD Consumer Group, Inc. |
| DATED: | 4/22/09 | DRYDEN, MARGOLES, SCHIMANECK & WETZ |
|  | By: | /s/ Lawrence Margoles<br>LAWRENCE MARGOLES,<br>Attorney for Defendant Briggs & Stratton Corporation |
| DATED: | 4/22/09 | McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH |
|  | By: | /s/ Mark B. Busick<br>MARK B. BUSICK,<br>Attorney for Defendant, Walbro Corp. |

**IT IS SO ORDERED.**

DATED: 4/27/2009          /s/ Sandra M. Snyder
                          UNITED STATES MAGISTRATE JUDGE.

3

**STIPULATION TO CHANGE DEFENDANT DAPCO'S EXPERT DISCLOSURE DATE**

PDF created with pdfFactory trial version www.pdffactory.com