JOSHUA S. GOODMAN, ESQ. (SBN 116576)
TOM PROUNTZOS, ESQ. (SBN 209409)
JENKINS GOODMAN NEUMAN & HAMILTON LLP
417 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 705-0400
Facsimile: (415) 705-0411

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA - FRESNO

| | |
|---|---|
| ALICE HOLMES and VERNON HOLMES,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>HOME DEPOT, U.S.A., INC.; MTD PRODUCTS, INC.; BRIGGS & STRATTON CORPORATION; WALBRO CORPORATION; and DOES 1 to 50, inclusive,<br><br>　　　　　Defendants. | Case No. 1:06-CV-01527-SMS<br><br>**ORDER GRANTING HOME DEPOT U.S.A., INC.'S MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT**<br><br>DATE:　May 8, 2009<br>TIME:　9:30 a.m.<br>CTRM:　7 |

On May 8, 2009, at 9:30 am, in Courtroom 7 of the above-entitled court, Defendant HOME DEPOT U.S.A., INC. (hereafter "Home Depot") moved the Court for a determination that its settlement with Plaintiffs ALICE HOLMES and VERNON HOLMES was in "good faith" pursuant to California Code of Civil Procedure section 877.6. There was no opposition to this Motion.

The Court, having considered Home Depot's moving papers, and GOOD CAUSE

1

PDF created with pdfFactory trial version www.pdffactory.com

EXISTING, hereby orders that the subject settlement agreement was made and entered into in good faith within the meaning of California Code of Civil Procedure section 877.6.

Dated: May 8, 2009          /s/ Sandra M. Snyder

                                            HONORABLE SANDRA M. SNYDER

Jenkins Goodman
Neuman & Hamilton
LLP
417 Montgomery St.
10th Floor
San Francisco, CA
94104
(415) 705-0400

PDF created with pdfFactory trial version www.pdffactory.com

Jenkins Goodman
Neuman & Hamilton
LLP
417 Montgomery St.
10th Floor
San Francisco, CA
94104
(415) 705-0400

**HOME DEPOT U.S.A., INC.'S MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT**

c:\windows\temp\notes101aa1\~5241650.doc

PDF created with pdfFactory trial version www.pdffactory.com