STEVEN H. GURNEE, ESQ. SB# 66056
TOBY M. MAGARIAN, ESQ. SB# 132907
GURNEE & DANIELS LLP
2240 Douglas Boulevard, Suite 150
Roseville, California 95661-3805
Telephone   (916) 797-3100
Facsimile    (916) 797-3131

Attorneys for Defendant
DAPCO INDUSTRIES, INC.

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICE HOLMES and VERNON HOLMES | Case No. 1:06-cv-01527-SMS |
| Plaintiffs, | **ORDER SHORTENING TIME FOR HEARING ON MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT [206]** |
| vs. | |
| HOME DEPOT USA, INC.; MTD PRODUCTS, INC.; BRIGGS & STRATTON CORPORATION; WALBRO CORPORATION, and DOES 1 through 50, inclusive, | Courtroom:   7 |
| Defendants. | |

Good Cause appearing, Defendant DAPCO INDUSTRIES, INC.'s Ex Parte Application for an Order Shortening time for hearing its Motion for Determination of Good Faith Settlement [199] is granted.

THEREFORE,

Notice is hereby shortened and the hearing on DAPCO's Motion for Determination of Good Faith Settlement is hereby advanced from August 7, 2009 to Thursday, July 2, 2009 at 10:00 a.m. in Courtroom 7.

Any Opposition shall be filed and served no later than June 22, 2009.  Any Reply shall be filed no later than June 26, 2009.

**[PROPOSED] ORDER SHORTENING TIME FOR HEARING ON MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT**                                                                                                                               1

PDF created with pdfFactory trial version www.pdffactory.com

IT IS SO ORDERED.

DATED:  June 12, 2009                              /s/ Sandra M. Snyder
                                              HONORABLE SANDRA M. SNYDER

**[PROPOSED] ORDER SHORTENING TIME FOR HEARING ON MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT**                                                                 2

PDF created with pdfFactory trial version www.pdffactory.com