Warren R. Paboojian, No. 128462
BARADAT, EDWARDS & PABOOJIAN, LLP
7050 North Fresno Street, Suite 201
Fresno, California 93720
Telephone: (559) 431-5366
Facsimile: (559) 431-1702

Attorneys for Plaintiffs ALICE HOLMES AND VERNON HOLMES

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICE HOLMES AND VERNON HOLMES, | Case No. 1:06-CV-01527-SMS |
| Plaintiff, | STIPULATION TO CONTINUE THE PRE-TRIAL CONFERENCE AND TRIAL; |
| vs. | |
| HOME DEPOT USA, INC.; MTD PRODUCTS, INC.; BRIGGS & STRATTON CORPORATION; WALBRO CORPORATION and DOES 1 through 50, inclusive, | **ORDER** |
| Defendants. | |

PLEASE TAKE NOTICE that all parties hereby stipulate to continue the pre-trial conference and trial in the above-referenced matter. All parties hereby stipulate that the new pre-trial conference date shall be October 5, 2009, and the new trial date shall be November 30, 2009.

**IT IS SO STIPULATED:**

Dated: August 20, 2009                                    BARADAT, EDWARDS & PABOOJIAN


                                                                              /S/    Warren R. Paboojian
                                                                         Warren R. Paboojian, Attorneys for
                                                                         Plaintiffs, ALICE HOLMES and VERNON HOLMES

///

| | | |
|---|---|---|
| 1 | Dated: August 20, 2009 | MCCORMICK, BARSTOW, SHEPPARD WAYTE & CARRUTH, LLP |
| 2 | | |
| 3 | | /S/ Mark B. Busick |
| 4 | | Mark B. Busick, Attorneys for Defendant, WALBRO CORPORATION |
| 5 | | |
| 6 | Dated: August 20, 2009 | PORTER, SCOTT, WEIBERG & DELEHANT |
| 7 | | |
| 8 | | /S/ Anthony S. Warburg |
| | | Anthony S. Warburg |
| 9 | | Chris Egan |
| | | Attorneys for Defendant, MTD CONSUMER GROUP, INC. |
| 10 | | |
| 11 | Dated: August 20, 2009 | DRYDEN, MARGOLES, SCHIMANECK & WERTZ |
| 12 | | |
| 13 | | /S/ Lawrence A. Margoles |
| | | Lawrence A. Margoles |
| 14 | | Samuel M. Zaif |
| | | Attorneys for Defendant, BRIGGS & STRATTON CORPORATION |
| 15 | | |
| 16 | Dated: August 20, 2009 | GURNEE & DANIELS |
| 17 | | |
| 18 | | /S/ Steve Gurnee |
| | | Steve Gurnee, Attorneys for Defendant, DAPCO INDUSTRIES |
| 19 | | |
| 20 | Dated: August 20, 2009 | PANISH, SHEA & BOYLE, LLP |
| 21 | | |
| 22 | | /S/ Brian Panish |
| | | Brian Panish, Attorneys for Plaintiff, ALICE HOLMES |
| 23 | | |
| 24 | | |
| 25 | Dated: August 20, 2009 | HALL LAW CORPORATION |
| 26 | | |
| 27 | | /S/ Laurence C. Hall |
| | | Laurence C. Hall, Attorneys for Plaintiff, ALICE HOLMES |
| 28 | | |

2

BARADAT, EDWARDS & PABOOJIAN LLP
7050 N. Fresno St., #201
Fresno, CA 93720

# ORDER

GOOD CAUSE HAVING BEEN SHOWN AND THE PARTIES HAVING STIPULATED TO THE SAME, the Court finds that the above-stated **STIPULATION TO CONTINUE THE PRE-TRIAL CONFERENCE AND TRIAL** is sanctioned by the Court, pursuant to Federal Rule of Civil Procedure 35 and shall be and now is the Order of the Court.  All Parties in this action shall abide by the terms of this **STIPULATION TO CONTINUE THE PRE-TRIAL CONFERENCE AND TRIAL**

**IT IS SO ORDERED**

1. That the present jury trial date of October 5, 2009 be vacated and be reset for **November 30, 2009 at 9:00a.m.** before Judge Snyder in Courtroom #7**.**

2. Pretrial Conference hearing is continued from September 3, 2009 to **October 5, 2009** at 10:00 a.m. before Judge Snyder in Courtroom #7**.**

3. That the time for all expert and non-expert discovery shall be governed by the new trial date.

IT IS SO ORDERED.

**Dated:   August 24, 2009**              _____**/s/ Sandra M. Snyder**_____
                                                              UNITED STATES MAGISTRATE JUDGE

BARADAT, EDWARDS
& PABOOJIAN LLP
7050 N. Fresno St., #201
Fresno, CA 93720