1  
2  Warren R. Paboojian, No. 128462  
   BARADAT, EDWARDS & PABOOJIAN, LLP  
3  7050 North Fresno Street, Suite 201  
   Fresno, California 93720  
4  Telephone: (559) 431-5366  
   Facsimile: (559) 431-1702  
5  
6  Attorneys for Plaintiffs ALICE HOLMES AND VERNON HOLMES  
7  
8  
9                   UNITED STATES DISTRICT COURT  
10              IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA  
11  
12 | ALICE HOLMES AND VERNON HOLMES, ) | Case No. 1:06-CV-01527-SMS
13 |              Plaintiff,          ) |
14 |        vs.                       ) | **STIPULATION AND ORDER OF**
   |                                  ) | **DISMISSAL**
15 | HOME DEPOT USA, INC.; MTD        ) |
   | PRODUCTS, INC.; BRIGGS & STRATTON) |
16 | CORPORATION; WALBRO              ) |
   | CORPORATION and DOES 1 through 50,) |
17 | inclusive,                       ) |
   |                                  ) |
18 |              Defendants.         ) |
   |_____) |

19        IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel,

20 that Plaintiffs ALICE HOLMES AND VERNON HOLMES shall dismiss, and hereby does dismiss, all

21 claims against Defendants DAPCO INDUSTRIES, MTD CONSUMER GROUP, INC., BRIGGS &

22 STRATTON CORPORATION, AND WALBRO CORPORATION and this entire action, **with prejudice**,

23 pursuant to Federal Rule of Civil Procedure 41(a) with each side to bear their own costs and attorney's

24 fees.

25 ///
26 ///
27 ///
28

///

Dated: 1/7/10 .  BARADAT, EDWARDS & PABOOJIAN, LLP

By     /s/ Warren R. Paboojian
Warren R. Paboojian, Attorney for Plaintiffs
ALICE HOLMES AND VERNON HOLMES

Dated: 1/11/10 .  GURNEE & DANIELS

By     /s/ Steve Gurnee
Steve Gurnee, Attorney for Defendant DAPCO INDUSTRIES.

Dated: 1/8/10 .  PORTER, SCOTT, WEIBERG & DELEHANT

By   /s/ Anthony Warburg
Anthony S. Warburg, Attorney for Defendant MTD CONSUMER GROUP, INC.

Dated: 1/8/10 .  DRYDEN, MARGOLES, SCHIMANECK & WERTZ

By     /s/ Lawrence A. Margoles
Lawrence A. Margoles, Attorney for Defendant BRIGGS & STRATTON CORPORATION

Dated: 1/8/10 .  McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH

By   /s/ Mark Busick
Mark Busick, Attorney for Defendant WALBRO CORPORATION

BARADAT, EDWARDS
& PABOOJIAN LLP
7050 N. Fresno St., #201
Fresno, CA 93720

ORDER

WHEREAS, the parties having stipulated, pursuant to Federal Rule of Civil Procedure 41(a), IT IS ORDERED that all claims against Defendants DAPCO INDUSTRIES, MTD CONSUMER GROUP, INC., BRIGGS & STRATTON CORPORATION, AND WALBRO CORPORATION and this action, are hereby dismissed, **with prejudice**, with each side to bear its own costs and attorney's fees.

IT IS SO ORDERED.

**Dated:   January 12, 2010**          /s/ Sandra M. Snyder
                                       UNITED STATES MAGISTRATE JUDGE

BARADAT, EDWARDS & PABOOJIAN LLP
7050 N. Fresno St., #201
Fresno, CA 93720